# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00305-CR

**Jesus Carvajal, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
## NO. 9044016, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jesus Carvajal seeks to appeal from a judgment of conviction for failing to register as a sex offender. Sentence was imposed on March 14, 2004. There was no motion for new trial. The deadline for perfecting appeal was therefore April 13, 2004. *See* Tex. R. App. P. 26.2(a)(1). Carvajal filed what he styled his "out of time notice of appeal" on April 28, 2004. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 24, 2004

Do Not Publish